**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| **v.** | §    Criminal No. 4:11-cr-166-SDJ-CAN-9 |
| | § |
| **DANTORIO KURT GILBERT** | § |
| | § |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 31, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #951) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, to run consecutively to any other sentence imposed, followed by thirty (30) months of supervised release with the same conditions of release as previously imposed. The Magistrate Judge further recommended that Defendant receive drug treatment while incarcerated at the appropriate Federal Bureau of Prisons facility. Finally, the Magistrate Judge recommended Defendant be placed at a Federal Bureau of Prisons facility in El Reno, Oklahoma, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #950), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, to run consecutively to any other sentence imposed, followed by thirty (30) months of supervised release with the same

conditions of release as previously imposed. Defendant shall receive drug treatment while incarcerated at the appropriate Federal Bureau of Prisons facility. Further, the Court recommends Defendant be placed at a Federal Bureau of Prisons facility in El Reno, Oklahoma, if appropriate.

**So ORDERED and SIGNED this 18th day of October, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE